# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 17, 2002

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br><br>**No.** 02-2151     **v.**<br><br>DAVID W. JONES,<br>*Defendant-Appellant.* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:01CR00142<br>Larry J. McKinney,<br>*Chief Judge.* |

**Order**

The opinion of this court issued October 17, 2002, is amended as follows:

Page 1, first paragraph, second line, change "Majority Leader Dashle" to "Majority Leader Daschle."